# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:09-cr-046 |
| Neal Krueger, | ) | |
| | ) | |
| Defendant. | ) | |

On November 8, 2011, defendant filed a Waiver of Preliminary Hearing and Detention. The court finds that defendant's waiver was made knowingly, voluntarily, and upon advice of counsel.

Accordingly, the court **ORDERS** that defendant be committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility pending transport by the United States Marshal to Southwest Multi-County Correctional Center in Dickinson, North Dakota.

Dated this 9th day of November, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court